IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARIEL SHAZIER,                          No. C 05-3951 TEH (PR)

        Plaintiff,

    v.                                   ORDER OF DISMISSAL

SANTA CLARA COUNTY et. al.,

        Defendants.
_____/

On May 20, 2009, Defendants filed a "Stipulation for Dismissal" signed by Plaintiff and Defendants. Doc. #41. The terms of the stipulation were that Plaintiff agreed to dismiss with prejudice his First Amended Complaint against Defendants, and that Plaintiff and Defendants agreed to waive any claims for costs and/or attorney's fees against each other.

//
//
//
//
//

1    Good cause appearing, the action is hereby DISMISSED WITH
2 PREJUDICE.  The Clerk is directed to terminate any pending motions
3 as moot and close the file.

6    IT IS SO ORDERED.

8 DATED    05/27/09
         THELTON E. HENDERSON
9        United States District Judge

26 G:\PRO-SE\TEH\CR.05\Shazier-05-3951-order of dismissal.wpd

2